1  MORGAN, LEWIS & BOCKIUS LLP
   Eric Meckley, Bar No. 168181
2  One Market
   Spear Street Tower
3  San Francisco, CA 94105-1596
   Tel:   +1.415.442.1000
4  Fax:   +1.415.442.1001
   eric.meckley@morganlewis.com
5

6  MORGAN, LEWIS & BOCKIUS LLP
   Claire M. Lesikar, Bar No. 311180
7  1400 Page Mill Road
   Palo Alto, CA 94304
8  Tel:   +1.650.843.4000
   Fax:   +1.650.843.4001
9  claire.lesikar@morganlewis.com

10 Attorneys for Defendants
   Amazon Services LLC and Amazon Services
11 Contracts, Inc.

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

| 16 | FONZIE PREADER, an individual, | Case No. _____ |
|---|---|---|
| 17 | Plaintiff, | **DEFENDANTS AMAZON SERVICES LLC AND AMAZON SERVICES CONTRACTS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| 18 | vs. | |
| 19 | AMAZON SERVICES LLC; AMAZON SERVICES CONTRACTS, INC.; DOES 1 through 50, inclusive, | |
| 20 | | Complaint Filed: July 19, 2017 |
| 21 | Defendants. | |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 93365262.1

DEFENDANTS' CERTIFICATION
OF INTERESTED ENTITIES
OR PARTIES

Pursuant to Northern District of California Civil Local Rule 3-15 and consistent with Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendants Amazon Services LLC And Amazon Services Contracts, Inc. certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Amazon Fulfillment Services, Inc., Amazon Global Resources LLC, Amazon Corporate LLC, and Amazon.com, Inc. have a financial interest in a party to the proceeding.

Defendant Amazon Services LLC's only member is Amazon Corporate LLC.  Amazon Corporate LLC's only member is Amazon Global Resources LLC.  Amazon Global Resources LLC's only member is Amazon Fulfillment Services, Inc.  Amazon Fulfillment Services, Inc. is a wholly-owned subsidiary of Amazon.com, Inc.

Dated: August 18, 2017                    MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Eric Meckley*
Eric Meckley
Claire M. Lesikar
Attorneys for Defendants
Amazon Services LLC; Amazon Services Contracts, Inc.