| | |
|---|---|
| 1 | LAW OFFICE OF SETH E. TILLMON |
|   | SETH E. TILLMON, Bar No. 246240 |
| 2 | seth@tillmonlaw.com |
|   | 10008 National Blvd., #115 |
| 3 | Los Angeles, CA 90034 |
|   | Tel:   310.559.1604 |
| 4 | Fax:   424.675.4811 |
| 5 | Attorney for Plaintiff |
|   | Fonzie Preader |
| 6 | |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | ERIC MECKLEY, Bar No. 168181 |
|   | eric.meckley@morganlewis.com |
| 8 | CLAIRE M. LESIKAR, Bar No. 311180 |
|   | claire.lesikar@morganlewis.com |
| 9 | One Market, Spear Street Tower |
|   | San Francisco, CA  94105-1596 |
| 10 | Tel:   +1.415.442.1000 |
|    | Fax:   +1.415.442.1001 |
| 11 | |
|    | Attorneys for Defendants |
| 12 | Amazon Services LLC and Amazon Services |
|    | Contracts, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FONZIE PREADER, an individual, | | Case No. 17-CV-04836-BLF |
| Plaintiff, | | |
| vs. | | **STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITHOUT PREJUDICE AND PROCEED TO ARBITRATION** |
| AMAZON SERVICES LLC; AMAZON SERVICES CONTRACTS, INC.; DOES 1 through 50, inclusive, | | |
| Defendants. | | |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

STIP. & [PROP. ORDER] TO DWOP AND
PROCEED TO ARBITRATION
Case No. 17-CV-04836-BLF

DB1/ 94485372.1

Plaintiff FONZIE PREADER ("Plaintiff") and Defendants AMAZON SERVICES LLC and AMAZON SERVICES CONTRACTS, INC. (collectively, "Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff and Defendants entered into a written agreement to arbitrate (the "Agreement"), which Plaintiff executed on July 29, 2015;

WHEREAS, on July 19, 2017, Plaintiff filed a complaint in the Superior Court of California for Santa Clara County;

WHEREAS, on July 20, 2017, Plaintiff served the summon and complaint on Defendants;

WHEREAS, on August 18, 2017, Defendants removed the action to the United States District Court for the Northern District of California;

WHEREAS, Defendants requested that Plaintiff submit this action to arbitration pursuant to the Agreement between the Parties, and the Parties met and conferred regarding that request and the particular terms of the arbitration;

WHEREAS, Plaintiff and Defendants have reached agreement and now agreed that the claims alleged by Plaintiff in this action should be resolved by arbitration pursuant to the Parties' Agreement.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and through the Parties' respective counsel, as follows:

1. Plaintiff's claims alleged in this action will be submitted to final and binding arbitration pursuant to the terms of the Parties' Agreement;

2. The Parties agree that the arbitration will be conducted by the American Arbitration Association ("AAA"); and

3. Plaintiff's civil action should be dismissed without prejudice in its entirety, each party to bear its own respective costs.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP. & [PROP. ORDER] TO DWOP AND
PROCEED TO ARBITRATION
Case No. 17-CV-04836-BLF

DB1/ 94485372.1

| | |
|---|---|
| Dated: December 11, 2017 | MORGAN, LEWIS & BOCKIUS LLP |
| | By   */s/ Claire M. Lesikar*<br>Eric Meckley<br>Claire M. Lesikar<br>Attorneys for Defendants<br>Amazon Services LLC and Amazon Services Contracts, Inc. |
| Dated: December 11, 2017 | LAW OFFICE OF SETH E. TILLMON |
| | By   */s/ Seth E. Tillmon*<br>Seth E. Tillmon<br>Attorney for Plaintiff Fonzie Preader |

Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Claire M. Lesikar, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 11th day of December, 2017.

*/s/Claire M. Lesikar*
Claire M. Lesikar

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____, 2017

Hon. Beth Labson Freeman
United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB1/ 94485372.1

2

STIP. & [PROP. ORDER] TO DWOP AND
PROCEED TO ARBITRATION
Case No. 17-CV-04836-BLF